AO Form 25G (Rev. 6/83)

## DESIGNATION OF A SENIOR UNITED STATES JUDGE
## FOR SERVICE WITHIN THE CIRCUIT

Pursuant to the authority vested in me by Title 28, United States Code, Section 294(c), I do hereby designate and assign the Honorable Richard H. Kyle, Senior Judge of the United States District Court, District of Minnesota, to hold court in the United States District Court, Eastern District of Missouri, in the matter of No. 4:05-CV-916, Abu Bakr Ladd v. City of St. Louis, et al. Judge Kyle is authorized to travel to the Eastern District of Missouri as may be necessary to preside over this case and see it through to completion.

*James B. Loken*
Chief Judge

Dated: August 23, 2005

Eighth Circuit

| | |
|---|---|
| Original: | James Woodward, Clerk, Eastern District of Missouri |
| cc: | Chief Judge Carol E. Jackson |
| cc: | Chief Judge James M. Rosenbaum |
| cc: | Judge Richard H. Kyle |
| cc: | Richard Sletten, Clerk, District of Minnesota |