# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Abu Bakr Ladd,                     Case No. 4:05CV916SNL

           Plaintiff,               **ORDER OF DESIGNATION OF**

v.                                     **MAGISTRATE JUDGE FOR**
                                       **SERVICE IN ANOTHER DISTRICT**

City of St. Louis, et al.,

           Defendants.

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States Magistrate Judge may be temporarily assigned to perform any of the duties specified in subsection (a), (b), or (c) of this section in a judicial district other than the judicial district for which he has been appointed. No magistrate judge shall perform any such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying (1) the emergency by reason of which he has been transferred, (2) the duration of his assignment, and (3) the duties which he is authorized to perform.

Due to recusal of the district judges in Case No. 4:05CV916, Abu Bakr Ladd v. City of St. Louis, et al., the Eastern District of Missouri certifies the need for magistrate judge assistance from the District of Minnesota, and Magistrate Judge Arthur J. Boylan will perform the duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c) in Case No. 4:05CV916, Abu Bakr Ladd v. City of St. Louis, et al.

Therefore,

**IT IS HEREBY ORDERED** that Honorable Chief Judge Carol E. Jackson, Eastern District of Missouri, and Honorable Judge James M. Rosenbaum, Chief Judge, District of Minnesota, hereby designate Arthur J. Boylan, United States Magistrate Judge, District of Minnesota to perform judicial magistrate duties in Case No. 4:05CV916, <u>Abu Bakr Ladd v. City of St. Louis, et al.</u> in the Eastern District of Missouri until the case is completed, under the direction of United States District Judge Richard H. Kyle of the District of Minnesota.

Dated: September 22, 2005

_____
Honorable James M. Rosenbaum, Chief Judge
District of Minnesota

Dated: September 27th, 2005

_____
Honorable Carol E. Jackson, Chief Judge
Eastern District if Missouri