**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

---

Abu Bakr Ladd,                                      Civil No. 4:05-916 (RHK)

        Plaintiff,                          **ORDER**

vs.

City of St. Louis, et al.,

        Defendants.

---

      James Martin, Raymond Gruender, John Ware, Michael Ramos, Luke Adler, and Matthew Brummond (the "Federal Defendants") were each named as a Defendant in the original Complaint in this action. Plaintiff has now filed an Amended Complaint, in which none of the Federal Defendants above is named as a Defendant; in short, each is no longer a party in this litigation.

      Now before the Court are Renewed Motions to Dismiss[1] filed by the Federal Defendants. Because the Federal Defendants are not parties to the Amended Complaint,

---

1. The Federal Defendants had previously filed Rule 12(b)(1) and 12(b)(6) Motions to Dismiss. Those Motions were denied based upon Plaintiff's request to amend the Complaint in an attempt to meet some of the arguments presented by the Federal Defendants' Motions.

and the original Complaint has been superseded, the Renewed Motions to Dismiss (Doc. Nos. 55, 56, 57) are **DENIED AS MOOT**.

Dated: June 8, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge