# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Abu Bakr Ladd,                                      Civil No. 4:05-916 (RHK)

           Plaintiff,                         **ORDER**

vs.

City of St. Louis, et al.,

           Defendants.

Plaintiff shall serve and file its Responsive Memorandum to Defendant Pickering's Motion for Summary Judgment on or before Tuesday, July 31, 2007; Defendants may serve and file a Reply Memorandum on or before Wednesday, August 15, 2007.

After the briefs have been filed, the parties will be notified as to whether the Court intends to entertain oral argument.

Dated: July 5, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge