# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Abu Bakr Ladd, | Civil No. 4:05-916 (RHK) |
| Plaintiff, | **ORDER** |
| vs. | |
| St. Louis Board of Police Commissioners, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Enlargement of Thirty (30) Days Time to Respond to Defendant's Motion for Summary Judgment (Doc. No. 96), to which counsel for Defense does not consent.

Upon all the files, records and proceedings herein, **IT IS ORDERED** that the Motion (Doc. No. 96) is **GRANTED** and Plaintiff shall serve his responsive brief no later than August 30, 2007; Defendant shall serve any reply thereto by September 14, 2007.

Dated: July 26, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge