UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ABU BAKER LADD, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV00916 RHK |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**J U D G M E N T**

**Pursuant to the order entered this date, IT IS HEREBY ORDERED AND**

**ADJUDGED** that judgment be and it is entered in favor of Defendant Jeffrey Pickering and

against Plaintiff Abu Baker Ladd on the remaining claim of his Amended Complaint.

JAMES G. WOODWARD, CLERK

By: /s/ Karen Moore, Deputy Clerk

Dated this 2nd day of November, 2007.