IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABU BAKR LADD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 4:05CV916UNA |
| | )   (Judge Kyle) |
| ST. LOUIS BOARD OF POLICE | ) |
| COMMISSIONERS, et al., | ) |
| | ) |
|    Defendants. | ) |

## MEMORANDUM TO THE COURT OF SIMILARLY FILED COMPLAINT

This afternoon, through local media, it was brought to the attention of counsel for Defendant Jeffrey Pickering, that Plaintiff, through counsel, has filed a thirteen count, thirty-four page complaint, claiming nearly identical allegations of this case presently before this honorable court, in the United States District Court, Eastern District of Missouri.  The undersigned counsel has not had an opportunity to fully review this new complaint, filed November 29, 2010, but wanted to bring this to the court's attention as it will need to be addressed before opening statements, set to begin Monday, December 6, 2010, if not before.  Defendant Pickering has attached Mr. Ladd's complaint, along with attachments, and the docket report in case number 4:10-cv-02219-AGF, for this court's review.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Dana C. Ceresia*
Dana C. Ceresia, #51091
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
(314) 340-7861 (telephone)
(314) 340-7029 (fax)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2010, the foregoing memorandum was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Anser Ahmad
105 N. Front Street
Suite 106
Harrisburg, PA 17101-1436
Attorney for Plaintiff

*/s/ Dana C. Ceresia*
Assistant Attorney General